MUD SCOWS NOS. 18, 19, 21, 25, and 31.

(Circuit Court of Appeals, Second Circuit. May 29, 1893.)

No. 96.

Appeal from the District Court of the United States for the Southern District of New York.

This was a libel by Frederick Stebbins, Archibald Watt, Clement Doty, Frederick Hart, and Patrick O'Keefe against Mud Scows Numbers 18, 19, 21, 25, and 31, for salvage services performed by the steam tug Archibald Watt. A decree was rendered for libelants (50 Fed. 227), from which the Morris & Cummings Dredging Company, claimant, appeals.

Albert A. Wray, for appellant.

Franklin A. Wilcox (Wilcox, Adams & Green, on the brief), for appellees.

PER CURIAM. We do not think the sum allowed as salvage in this case, viz. $150 for each $6,000 scow, is at all unreasonable, irrespective of any calculation as to the probability of one or more of them causing damage, while adrift, to other vessels. Therefore, in affirming the decree, we do not think it necessary to discuss the questions raised as to the propriety of taking that contingency into consideration in fixing the amount of salvage allowance. The decree of the district court is affirmed, with interest and costs.